IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARTIN F. PEAK, JR.,** | : | CIVIL ACTION NO. 1:12-CV-1224 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | : | |
| | : | |
| Defendant | : | |

# ORDER

AND NOW, this 10th day of August, 2015, upon consideration of plaintiff's motion (Doc. 25) for attorney's fees under Section 406(b) of the Social Security Act, see 42 U.S.C. § 406(b)(1), and the concurrence of counsel for the defendant received on today's date, (see Doc. 27), it is hereby ORDERED that:

1. The court authorizes payment of $36,969.00 in attorney's fees to Steven M. Rollins, Esquire, counsel for plaintiff, to be withheld from plaintiff's past-due Social Security benefits.

2. Upon receipt of this sum, Steven M. Rollins, Esquire, shall remit to plaintiff $10,000.00, representing the sum already paid to him on behalf of plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania